**No. 09-9071. Oscar Rodriguez-Diaz, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1002, 130 S. Ct. 3463, 177 L. Ed. 2d 1051, 2010 U.S. LEXIS 5000.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

**No. 09-9146. Ruben Ramirez-Solis, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1002, 130 S. Ct. 3463, 177 L. Ed. 2d 1051, 2010 U.S. LEXIS 5129.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

**No. 09-9351. Terrance A. Williams, Petitioner v. United States.**

561 U.S. 1002, 130 S. Ct. 3464, 177 L. Ed. 2d 1051, 2010 U.S. LEXIS 5113.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 353 Fed. Appx. 839.

**No. 09-9611. Desmond Jamar Smith, Petitioner v. United States.**

561 U.S. 1002, 130 S. Ct. 3466, 177 L. Ed. 2d 1051, 2010 U.S. LEXIS 5180.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 354 Fed. Appx. 830.

**No. 09-9647. Johan Dario Reyes-Hobbs, Petitioner v. United States; Martin Perez-Padron, Petitioner v. United States; and Vicente Anell Reyes, Petitioner v. United States.**

561 U.S. 1002, 130 S. Ct. 3467, 177 L. Ed. 2d 1051, 2010 U.S. LEXIS 5146.

June 21, 2010. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the